UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

DAN OSWALD
5179 Castle Brook Ct.
Cincinnati, OH 45247

CASE NO.: _____

JUDGE:_____

        Plaintiff

**COMPLAINT**

V

WARREN MILLER
3604 Sandal Lane
Cincinnati, OH 45248

UNITED STATES POSTAL SERVICE
3336 Harrison Avenue
Cincinnati, OH 45211

and

AUTO OWNERS INSURANCE
P.O. Box 78666
Indianapolis, IN 46278-0666

        Defendants

# COUNT I

1. On or about November 18, 2021 Plaintiff Oswald was operating a 2013 Ford Focus and was traveling north on North Bend Road located within Hamilton County, Ohio.

2. At that same date and time Defendant Miller was operating a 2001 Ford mail truck and was traveling north on North Bend Road when he negligently failed to maintain an assured clear distance ahead causing his vehicle to strike the rear of Plaintiff's vehicle causing the damages herein described.

3. Plaintiff suffered injuries to his neck, back and left arm as a direct and proximate cause of Defendant Miller's negligence causing pain and suffering.

4. Plaintiff has incurred medical expenses of at least $6,628.00 and expects to incur further such expenses as a direct and proximate cause of Defendant Miller's negligence.

5. Plaintiff has incurred property damage expenses in amount unknown at this time as a direct and proximate cause of Defendant Miller's negligence.

## COUNT II

6. Plaintiff incorporates paragraphs 1 through 5 as if fully rewritten herein.

7. Upon information and belief, Defendant Miller was at all times relevant herein and on the date of the accident working as an employee, contractor, subcontractor and/or agent of Defendant United States Postal Service.

8. As such, Defendant United States Postal Service, is liable for the negligent acts or omissions of its employees and/or agents by virtue of *respondeat superior*.

9. Therefore, Defendant United States Postal Service is liable for the damages and medical expenses Plaintiff has incurred as a direct and proximate cause of Defendant Miller's negligence.

## COUNT III

10. Plaintiff incorporates paragraphs 1 through 9 as if fully rewritten herein.

11. Defendant Auto Owners Insurance is an insurance casualty company doing business in Ohio and has been doing such business during all relevant times herein.

12. Plaintiff states that the motor vehicle which he was operating at the time of the accident was covered by an automobile insurance policy issued by Defendant Auto Owners Insurance.

13. Plaintiff states that the automobile insurance policy issued by Defendant Auto Owners Insurance, has medical payments and underinsured/uninsured motorists' coverage.

14. Plaintiff states that the Defendant Miller was an underinsured and/or uninsured driver at the time accident and as such Defendant Auto Owners Insurance may be liable as such for Plaintiff's injuries and medical expenses pursuant to the terms of the policy and/or in the alternative be a necessary party to this action by virtue of a medical payments lien and should be required to assert interest as such or forever be barred from claiming it.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, in an amount in which represents fair, reasonable and just compensation and for the costs herein.

Respectfully submitted,

 /s/ Richard P. Gabelman
Richard P. Gabelman (0074642)
Attorneys for Plaintiff
7162 Reading Road Suite 250
Cincinnati, Ohio 45237
(513) 321-7733 office
(513) 321-7740 fax
gabelmanrich@hotmail.com